**No. 53418.**—Alcoa Steamship Company, Inc. *v.* United States, protest 139622–K/12946 (New Orleans).

Opinion by JOHNSON, J.   From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 53419.**—Alcoa Steamship Company, Inc. *v.* United States, protest 138276–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 53420.**—Packprod International Company *v.* United States, protest 142939–K (New York).

Opinion by JOHNSON, J.   An examination of the record disclosing that the entry was liquidated more than 60 days before the protest was filed, the motion to dismiss was granted.

BEFORE THE THIRD DIVISION

JULY 18, 1949

**No. 53421.**—Dixie Berry *v.* United States, protest 146918–K (Galveston).—

EKWALL, J.   This case having been submitted for decision on June 2, 1949, at Dallas, Tex., the protest was overruled on June 23, 1949, and reported in Abstract 53338.   It now appearing to the court that the case was submitted prematurely, said decision and judgment are hereby set aside, and the protest is restored to the next Dallas, Tex., docket for further proceedings.

BEFORE THE FIRST DIVISION, JULY 26, 1949

**No. 53422.**—Mondego Import & Export Co., Inc. *v.* United States, protest 146874–K(B) (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53423.**—J. E. Bernard & Company, Inc. *v.* United States, protest 136886–K/1422 (Chicago).